**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-785-RJC-DCK**

| | | |
|---|---|---|
| **VAN SIDNEY BLEVINS III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LIVANOVA PLC, SORIN GROUP** | ) | |
| **DEUTSCHLAND GMBH, and SORIN** | ) | |
| **GROUP USA, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Charles G. Monnett, III, concerning David S. Senoff on November 14, 2016. Mr. David S. Senoff seeks to appear as counsel *pro hac vice* for Plaintiff Van Sidney Belvins, III. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. David S. Senoff is hereby admitted *pro hac vice* to represent Plaintiff Van Sidney Belvins, III.

**SO ORDERED**.

Signed: November 14, 2016

David C. Keesler
United States Magistrate Judge