# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-785-RJC-DCK

| | |
|---|---|
| VAN SIDNEY BLEVINS III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIVANOVA PLC, SORIN GROUP DEUTSCHLAND GMBH, and SORIN GROUP USA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Charles G. Monnett, III, concerning Paola Pearson on November 14, 2016. Mr. Paola Pearson seeks to appear as counsel *pro hac vice* for Plaintiff Van Sidney Belvins, III. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Paola Pearson is hereby admitted *pro hac vice* to represent Plaintiff Van Sidney Belvins, III.

**SO ORDERED**.

Signed: November 14, 2016

David C. Keesler
United States Magistrate Judge