IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-785-RJC-DCK

| | |
|---|---|
| VAN SIDNEY BLEVINS III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LIVANOVA PLC; SORIN GROUP ) | |
| DEUTSCHLAND GMBH; SORIN GROUP ) | |
| USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 19) filed by Peter Santos, concerning Adrienne Franco Busby, on February 17, 2017. Adrienne Franco Busby seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Adrienne Franco Busby is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 17, 2017

David C. Keesler
United States Magistrate Judge