# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-785-RJC-DCK

| | |
|---|---|
| VAN SIDNEY BLEVINS III, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| LIVANOVA PLC; SORIN GROUP DEUTSCHLAND GMBH; SORIN GROUP USA, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 24) filed by Peter A. Santos, concerning Linda S. Svitak on February 24, 2017. Ms. Svitak seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 24) is **GRANTED.** Ms. Linda S. Svitak is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 24, 2017

David C. Keesler
United States Magistrate Judge