IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-785-RJC-DCK

| | |
|---|---|
| VAN SIDNEY BLEVINS III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| LIVANOVA PLC; SORIN GROUP DEUTSCHLAND GMBH; SORIN GROUP USA, INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 25) filed by Peter A. Santos, concerning Christin Jaye Eaton Garcia, on February 25, 2017. Christin Jaye Eaton Garcia seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 25) is **GRANTED**. Christin Jaye Eaton Garcia is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 24, 2017

David C. Keesler
United States Magistrate Judge