IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-785-RJC-DCK

| | |
|---|---|
| VAN SIDNEY BLEVINS III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SORIN GROUP DEUTSCHLAND GMBH; ) | |
| LIVANOVA PLC; SORIN GROUP USA, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Unopposed Motion For Leave To File Documents Under Seal Pursuant To Local Rules 6.1" (Document No. 33) filed May 3, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Unopposed Motion For Leave To File Documents Under Seal Pursuant To Local Rules 6.1" (Document No. 33) is **GRANTED**. The parties may file all remaining briefing on LivaNova PLC's motion to dismiss, including all attachments thereto, under seal.

**SO ORDERED**.

Signed: May 5, 2017

David C. Keesler
United States Magistrate Judge