# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-785-RJC-DCK

| | |
|---|---|
| VAN SIDNEY BLEVINS III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SORIN GROUP DEUTSCHLAND GMBH; LIVANOVA PLC; SORIN GROUP USA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Leave To Take Jurisdictional Discovery" (Document No. 36) filed May 5, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, and noting partial consent of Defendants, the undersigned will grant the motion, with modification.

By the instant motion, Plaintiff seeks leave to take jurisdictional discovery, specifically including his attached "Requests For Production Of Documents" (Document No. 36-3). Plaintiff suggests that additional discovery is needed to meet Defendant's challenge to personal jurisdiction. See (Document Nos. 28, 29, and 36).

Defendant LivaNova PLC does not oppose Plaintiff's request as to Request Nos. 1-7, but does oppose other jurisdictional discovery, including Request Nos. 8-9. (Document No. 40). Defendant contends that Requests Nos. 8-9 are not relevant or tailored to the jurisdictional issues in this case.

After review of the record and the parties' briefs, the undersigned is not persuaded that Defendant should be required to respond to Requests 8-9. Moreover, it is unclear why Plaintiff seeks sixty (60) days for jurisdictional discovery, if that discovery involves review of Defendant's limited document production.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Leave To Take Jurisdictional Discovery" (Document No. 36) is **GRANTED, with modification**. Defendant LivaNova PLC shall provide full responses to Plaintiff's "Requests For Production Of Documents" (Document No. 36-3), including Request Nos. 1 through 7, on or before **June 16, 2017**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a supplement to his opposition to the pending motion to dismiss, or a motion to amend the complaint, on or before **July 7, 2017**.

**SO ORDERED**.

Signed: May 26, 2017

David C. Keesler
United States Magistrate Judge